IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-00993-EWN-MJW

AMALIA LOPEZ,

Plaintiff(s),

v.

ISLE OF CAPRI CASINOS, INC.,

Defendant(s).

MINUTE ORDER

     It is hereby ORDERED that the Unopposed Motion for Entry of Stipulated Protective Order (docket no. 19) is GRANTED. The written Protective Order is APPROVED as amended in paragraph 9 and made an Order of Court.

Date: August 16, 2007